```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**ROGER WALL,**

    **Plaintiff,**

**v.**                              **Civil Action No. 2:20-cv-00460**

**ANDREW SAUL, Commissioner of Social Security,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation ("PF&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on June 2, 2021. The magistrate judge recommends that the court "deny Claimant's request to reverse the Commissioner's decision, grant the Commissioner's request to affirm his decision, affirm the final decision of the Commissioner, and dismiss this action from the Court's docket." PF&R 18 (emphases and citations omitted). The plaintiff, represented by counsel, has not objected to the PF&R.

Accordingly, it is ORDERED that:

1. The PF&R be, and hereby is, adopted by the court;
2. The plaintiff's request to reverse the Commissioner's decision be, and hereby is, denied;
3. The Commissioner's request to affirm his decision be, and hereby is, granted;
4. The Commissioner's decision be, and hereby is, affirmed; and
5. The plaintiff's action be, and hereby is, dismissed, with prejudice, and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

ENTER: November 9, 2021

John T. Copenhaver, Jr.
Senior United States District Judge